**The relief described hereinbelow is SO ORDERED**

**Done this 14th day of May, 2021.**



**William R. Sawyer**
**United States Bankruptcy Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
                MIDDLE DISTRICT OF ALABAMA


IN RE
TORA VALISA RICHARDSON                    Case No. 20-32360
    Debtor                                          Ch. 13

          Order Granting Relief from Automatic Stay
```

This matter having come before the Court upon notice and hearing on the Motion for Relief from Stay with waiver of Rule 4001(a)(3) filed by Cityr Group Park Place, and the attorney for the debtor having announced the debtor has no defense, it is hereby ORDERED as follows:

1. The Motion for Relief from Stay filed by the creditor is GRANTED.

2. The creditor may proceed to enforce the contract pertaining to possession of the property in question.

3. The automatic stay of execution pursuant to Rule 4001(a)(3) is waived.

                         ###END OF ORDER###

This order was reviewed and agreed to by counsel for the debtor and the chapter 13 trustee

| Order drafted by | Copies should be sent to |
|---|---|
| Larry Darby | Michael Brock |
| Darby Law Firm, LLC | Brock & Stout, LLC |
| P. O. Box 3905 | PO Drawer 311167 |
| Montgomery, AL 36109 334.356.3593 | Enterprise, AL 36331 |
| Evictions@AlabamaEvictions.com | |
| | Sabrina McKinney, Trustee |
| | P. O. Box 173 |
| | Montgomery, AL 36101 |