**The relief described hereinbelow is SO ORDERED**

Done this 14th day of May, 2021.



**William R. Sawyer**
**United States Bankruptcy Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
                MIDDLE DISTRICT OF ALABAMA


IN RE
TORA VALISA RICHARDSON                        Case No. 20-32360
    Debtor                                            Ch. 13

            Order Granting Relief from Automatic Stay

    This matter having come before the Court upon notice and hearing on the
Motion for Relief from Stay with waiver of Rule 4001(a)(3) filed by Cityr Group
Park Place, and the attorney for the debtor having announced the debtor has no
defense, it is hereby ORDERED as follows:

1.   The Motion for Relief from Stay filed by the creditor is GRANTED.

2.   The creditor may proceed to enforce the contract pertaining to possession of
the property in question.

3.   The automatic stay of execution pursuant to Rule 4001(a)(3) is waived.

                            ###END OF ORDER###
This order was reviewed and agreed to by counsel for the debtor and the chapter
13 trustee


Order drafted by                    Copies should be sent to
Larry Darby                             Michael Brock
Darby Law Firm, LLC                     Brock & Stout, LLC
P. O. Box 3905                          PO Drawer 311167
Montgomery, AL 36109 334.356.3593       Enterprise, AL 36331
Evictions@AlabamaEvictions.com
                                        Sabrina McKinney, Trustee
                                        P. O. Box 173
                                        Montgomery, AL 36101
```

# United States Bankruptcy Court
## Middle District of Alabama

In re:                            Case No. 20-32360-WRS
Tora Valisa Richardson              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1127-2                User: admin                Page 1 of 1
Date Rcvd: May 14, 2021        Form ID: pdfSOME        Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tora Valisa Richardson, 204 Ashburton Drive Apt. A, Montgomery, AL 36117-2885 |
| cr | + | Cityr Group Park Place, The Darby Law Firm, PO BOX 3905, Montgomery, AL 36109, UNITED STATES 36109-0905 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2021            Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bankruptcy Administrator | ba@almb.uscourts.gov |
| Larry E. Darby, Esq | on behalf of Creditor Cityr Group Park Place LDarbyEsq@knology.net bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com |
| Michael Brock | on behalf of Debtor Tora Valisa Richardson bankruptcy@brockandstoutlaw.com bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com |
| Sabrina L. McKinney | trustees_office@ch13mdal.com |

TOTAL: 4