# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                                                   Case No. 20–32360
                                                                                        Chapter 13
Tora Valisa Richardson ,

    Debtor.

## ORDER SUSTAINING OBJECTION TO CLAIM(S)

An objection was filed to the claim(s) of *Cityr Group/Park Place Apartments*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Dated September 28, 2021

William R. Sawyer
United States Bankruptcy Judge